# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03317-BNB

JAMES FAIRCLOTH,

     Plaintiff,

v.

WARDEN RAE TIMME, in her official and individual capacity,
GARY MORGAN, Mental Health Clinician/Designee, in his official and individual
    capacity,
BERNES, Chief Mental Health Clinician/Designee, in her official and individual capacity,
GARCIA, Mental Health Clinician/Designee, in her official and individual capacity,
JACQUELINE McCALL, Administrative Head/Designee, in her official and individual
    capacity,
CAPTAIN JOSEPH GIGANTI, in his official and individual capacity,
UNKNOWN GRAVEYARD DUTY OFFICER AT F.C.F., in his official and individual
    capacity,
UNKNOWN F.C.F. CELLHOUSE 5 CORRECTIONAL OFFICERS, in their official and
    individual capacity,
CORRECTIONAL OFFICER MARQUEZ, in his official and individual capacity,
UNKNOWN F.C.F. HEALTH SERVICES ADMINISTRATOR, in their official and
    individual capacity,
CASE MANAGER JURADO, in her official and individual capacity,
CASE MANAGER HOLCOMB, in his official and individual capacity,
DAVE TESSIER, C.T.C.F. Health Services Administrator, in his official and individual
    capacity,
MR. DeWOLFFE, Drug and Alcohol Programs Counselor/Coordinator, in his official and
    individual capacities,
JULIE RUSSELL, A.D.A./AIC Coordinator, in her official and individual capacity,
AMY COSNER, A.D.A./Facility Coordinator, in her official and individual capacity,
ANTHONY DeCESARO, Grievance Officer, in his official and individual capacity,
LT. TOM BENEZE, in his official and individual capacity,
MAJOR LANCE MICKLICH, in his official and individual capacity,
SGT. VIOLA, in his official and individual capacity, mailroom,
CORRECTIONAL OFFICER MILLER, in her official and individual capacity, and
LT. LINDA WORTHEN, in her official and individual capacity,

    Defendants.

---

# MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's Motion for Extension of Time to File Amended Complaint (ECF No. 15) is GRANTED.  Plaintiff's request for free copies of exhibits, which has been docketed as a motion (ECF No. 18), is DENIED.  Plaintiff may obtain copies of documents filed with the court by contacting the clerk of the court and paying any necessary fees.

Dated:  March 21, 2013