**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-3317-REB-KLM

JAMES FAIRCLOTH,

 Plaintiff,

v.

CORRECTIONAL OFFICER MARQUEZ, in his individual capacity, and
LT. TOM BENEZE, in his individual capacity,

 Defendants.

## ORDER

**Blackburn, J.**

 The matter is before me is the **Notice of Completion of Limited Appearance** [#177], filed March 22, 2016, by Elisabeth L. Owen.  This filing was prompted by my **Order Denying Plaintiff's Motion To Alter, Amend & Vacate Judgment Pursuant to FRCP 59(e)** [#176], filed March 17, 2016.  Therein, I noted that, although plaintiff claimed never to have received notice of various filings in this case, his limited representation attorney had.  (*Id.* at 2-3.)  I pointed out that, because the court's case management and electronic case filing ("CM/ECF") system had no mechanism for sending notices of electronic filing ("NEFs") on only some docket entries but not others, until Ms. Owen withdrew her appearance as required by D.C.COLO.LAttyR 5(b), she remained counsel of record for plaintiff.  (*Id.* at 3.)

 Ms. Owen's "notice" is insufficient to comply with the requirements of the Local Attorney Rules and ineffectual to remove her as counsel of record for plaintiff on the

CM/ECF system.  If Ms. Owen intends to withdraw her appearance, she must comply with the requirements and procedures outlined in the rules.  No lesser submission will be construed as sufficient to terminate Ms. Owen's representation of plaintiff in this or any other matter in which she previously entered an appearance on his behalf.

**THEREFORE, IT IS ORDERED** that Ms. Owen's **Notice of Completion of Limited Appearance** [#177], filed March 22, 2016, is stricken.

Dated April 11, 2016, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge